

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| Russell Miller and Juliet Investments, Inc., | § | No. 08-13-00091-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 168th District Court |
| Darlene Argumaniz, Individually and on behalf of Argmil, Inc., | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2013DCV1031) |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **July 29, 2013.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rachel Simons, Court Reporter for the 168th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **July 29, 2013.**

IT IS SO ORDERED this 26th day of June, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.